UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Iliana Lopez, *on behalf of herself and all others similarly situated*,

Plaintiff,

-v-

ADASA LTD, INC.,

Defendant.

23-CV-653 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

The Court has been informed that the parties have reached a settlement in principle of this case. Accordingly, it is hereby ORDERED that this action is DISMISSED without costs and subject to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty days.

All filing deadlines and conference dates are adjourned *sine die*.

SO ORDERED.

Dated: August 10, 2023
    New York, New York

J. PAUL OETKEN
United States District Judge